IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DOUGLAS H. LOWERY, JR.,
     Plaintiff,

vs.                            Case No. 3:09cv514/RV/EMT

STATE OF FLORIDA,
     Defendant.
_____/

# O R D E R

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 23, 2011 (Doc. 30).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

     Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.  This action is **DISMISSED** for the failure to state a claim for relief and for seeking monetary relief against a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

     **DONE AND ORDERED** this 28th day of March, 2011.


                    /s/ *Roger Vinson*
                    **ROGER VINSON**
                    **SENIOR UNITED STATES DISTRICT JUDGE**